IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES E. RASH, #305-246 | * | |
| Petitioner | * | |
| v. | * | Civil Action No. RDB-05-3045 |
| UNITED STATES OF AMERICA | * | |
| Respondent | * | |

\*\*\*\*\*\*

**MEMORANDUM OPINION**

Petitioner, a state prisoner currently confined at the Maryland Correctional Institution-Hagerstown, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, attacking his convictions entered on July 9, 2002, by the United States District Court for the Northern District of West Virginia in *United States v. Rash*, Criminal No. 01-25 (D. W.Va. 2001). Petitioner seeks to vacate these convictions and sentences.

In this case, Petitioner is collaterally attacking the validity of his sentence. As such, the proper vehicle by which to assert this challenge is a 28 U.S.C. §2255 motion. *See Calderon v. Thompson*, 523 U.S. 538, 554 (1998) (ruling it is the subject matter of the motion and not a petitioner's description which determines its status). Accordingly, the Petition will be construed as a Motion to Vacate, Set Aside or Correct sentence under §2255. A motion to vacate must be filed in the sentencing court, not the court in the jurisdiction wherein Petitioner is confined. *See* 28 U.S.C. § 2255; *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973). For these reasons, the instant action shall be transferred to the United States District Court for the Northern District of West Virginia.

A separate Order shall be entered in accordance with this Memorandum Opinion.

November 17, 2005                                  /s/
_____                    _____
Date                                                    RICHARD D. BENNETT
                                                    UNITED STATES DISTRICT JUDGE